# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert Early,

       Plaintiff(s),              AMENDED JUDGMENT IN A CIVIL CASE

vs.                                  3:12cv527 / 3:04cr116

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/12 and 10/17/12 Orders.

Signed: October 17, 2012

Frank G. Johns, Clerk
United States District Court